# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 16-3902

———————————————

Stacy Winters

*Petitioner - Appellant*

v.

United States of America

*Respondent - Appellee*

——————————

Appeal from United States District Court
for the District of South Dakota - Rapid City

——————————

Submitted: June 15, 2017
Filed: June 20, 2017
[Unpublished]

——————————

Before BENTON, BOWMAN, and SHEPHERD, Circuit Judges.

——————————

PER CURIAM.

Having received a certificate of appealability from the district court, federal prisoner Stacy Winters directly appeals the district court's[1] denial of his 28 U.S.C.

———————————

[1]The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota.

§ 2255 motion to vacate his conviction under 18 U.S.C. § 924(c). His motion was based on <u>Johnson v. United States</u>, 135 S. Ct. 2551 (2015). After carefully reviewing the record, as well as the parties' arguments and suggestions on appeal, we affirm. <u>See</u> <u>United States v. Prickett</u>, 839 F.3d 697 (8th Cir. 2016) (per curiam), <u>petition for cert. filed</u> (U.S. Dec. 28, 2016); <u>see also</u> 8th Cir. R. 47B.

_____